# Unclaimed Funds
Entered 1/1/2001 to 7/17/2015

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 10-23687 -jnf  17866812 | Estate of Helen Ditto  c/o Stacey M. Metro, Esq.  Greenbaum, Nagel, Fisher & Palliotti LLP  200 High Street, 4th Floor  Boston, MA 02110  02110 | 29,304.30 | 07/17/2015 |

**Grand Total: 29,304.30**